```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 11746
   WILLIE L GREEN
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-8240


------------------------------------------------------------------------------
           TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 07/02/2007 and was not confirmed.

      The case was dismissed without confirmation 08/02/2007.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
COLLECTION COMPANY OF AM  UNSECURED       NOT FILED            .00            .00
CREDIT PROTECTION ASSOCI  UNSECURED       NOT FILED            .00            .00
CREDITORS COLLECTION      UNSECURED       NOT FILED            .00            .00
DIVERSIFIED COLLECTION S  UNSECURED       NOT FILED            .00            .00
H&F LAW                   NOTICE ONLY     NOT FILED            .00            .00
IC SYSTEMS                UNSECURED       NOT FILED            .00            .00
ILLINOIS COLLECTION SERV  NOTICE ONLY     NOT FILED            .00            .00
MEDICAL COLLECTION SYSTE  UNSECURED       NOT FILED            .00            .00
MEDICAL COLLECTION        UNSECURED       NOT FILED            .00            .00
MUTL H CLCTN              UNSECURED       NOT FILED            .00            .00
MUTUAL HOSPITAL SERVICES  UNSECURED       NOT FILED            .00            .00
NATIONAL RECOVERIES INC   UNSECURED           75.29            .00            .00
PELLETTIERI & ASSOC       UNSECURED       NOT FILED            .00            .00
SAXON MORTGAGE            CURRENT MORTG         .00            .00            .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED            .00            .00
DIVERSIFIED COLLECTION S  UNSECURED       NOT FILED            .00            .00
IC SYSTEMS                UNSECURED       NOT FILED            .00            .00
MEDICAL COLLECTION SYSTE  UNSECURED       NOT FILED            .00            .00
MEDICAL COLLECTION        UNSECURED       NOT FILED            .00            .00
MUTUAL HOSPITAL SERVICES  UNSECURED       NOT FILED            .00            .00
SAXON MORTGAGE            MORTGAGE ARRE    18700.00            .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY           .00                           .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                           300.00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                300.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 11746 WILLIE L GREEN
```

```
TRUSTEE COMPENSATION                                              .00
DEBTOR REFUND                                                  300.00
                                     ----------------   ----------------
TOTALS                                         300.00            300.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


    Dated: 01/14/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE